UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD W. BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-CV-1491-B |
| | § | |
| | § | |
| FINANCIAL INDUSTRY REGULATORY | § | |
| AUTHORITY, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On October 20, 2011, this Court granted Defendant's Motion to Dismiss. The Court found that Plaintiff's Complaint failed to satisfy the pleading standard because it alleged only a "'naked assertion' devoid of 'further factual enhancement.'" *See Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009). However, because Plaintiff is proceeding *pro se*, the Court granted him leave to amend his complaint to correct the deficiencies by November 18, 2011. To this date, Plaintiff has failed to file an amended complaint or make any contact with this Court. Accordingly, the Court is left to conclude that Plaintiff cannot state a claim that would satisfy Fed. R. Civ. P. 12(b)(6) and therefore his suit is **DISMISSED with prejudice**.

SO ORDERED.

SIGNED January 20, 2012

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE